GENEVIEVE HOLDROYD ELDER, Respondent, v. HENRY A. TAYLOR, Appellant.

— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.